**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUGO ROSALES,

      Plaintiff,

  v.

KERN VALLEY STATE PRISON,

      Defendants.

_____/

No. C 10-04321 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff filed this action in the United States District Court for the Central District of California on September 10, 2010. The action was transferred and filed in this Court on September 24, 2010.  On that same date the Clerk of the Court notified Plaintiff that his action would be dismissed unless, within thirty days of the date of the notice, he paid the full $350.00 filing fee or filed a completed application for in forma pauperis status, including a signed copy of his prisoner trust account statement for the past six months as well as his certificate of funds.  More than thirty days have passed and Plaintiff has not paid the filing fee or filed a completed in forma pauperis application.  Therefore, this action is DISMISSED WITHOUT PREJUDICE.  The Clerk of the Court shall close the file and terminate all pending motions.

    IT IS SO ORDERED.

Dated:  11/18/2010

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HUGO ROSALES,

        Plaintiff,

  v.

KERN VALLEY STATE PRISON et al,

        Defendant.

                                /

Case Number: CV10-04321 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hugo  Rosales K-27363
Kern Valley State Prison
PO Box 5104
Delano,  CA 93216

Dated: November 18, 2010

                                Richard W. Wieking, Clerk
                                By: Nikki Riley, Deputy Clerk

**United States District Court**
For the Northern District of California